# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **GUSTAVO LOPEZ,**  §<br>  §<br>**Plaintiff,**  §<br>  §<br>**v.**  §<br>  §<br>**BRONCO MANUFACTURING,**  §<br>  §<br>**Defendant.**  § | **Civil No.: 4:20-cv-00011-SDJ-KPJ** |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #28) that Defendant Bronco Manufacturing, Inc.'s Motion and Brief in Support Thereof to Dismiss for Lack of Subject Matter Jurisdiction, to Dismiss for Plaintiff's Failure to State a Claim, or Alternatively, Motion for More Definite Statement (the "Motion") (Dkt. #17) be granted for lack of jurisdiction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendant's Motion (Dkt. #17) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

2

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 22nd day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE